157 F.3d 908
 J. Daniel Kimel, Jr., Ralph C. Dougherty, Burton H. Altman,
Robert W. Beard, Valdall K. Brock, Doris C. Baker
v.
State of Florida Board of Regents; Wellington N. Dickson,
a/k/a Duke v. Florida Department of Corrections, Jackson
County, Jackson Correctional Institution, Jim Folsom, James
Edward Childs, a/k/a J.E. Childs, Major; Roderick
MacPherson, Marvin Narz v. University of Montevallo,
National Employment Lawyers Assocaition, U.S.
 NOS. 96-2788, 96-3773, 96-6947
 United States Court of Appeals,
Eleventh Circuit.
 August 17, 1998
 N.D.Ala., 139 F.3d 1426
 
 1
 DENIALS OF REHEARING EN BANC.